DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JASON ARCHIBALD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2345

[November 20, 2024]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case Nos. 432011CF000055A; 432011CF001205A.

Olivia M. Goodman of O'Brien Hatfield, P.A., Tampa, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant challenges orders that summarily denied his initial Florida Rule of Criminal Procedure 3.850 motion and dismissed his amended motion as untimely. We affirm.

Appellant has failed to show that the trial court abused its discretion in refusing to permit the untimely amendment, as appellant neither filed the amendment within the time provided by order, nor sought an extension within the time for filing. *See* Fla. R. Crim P. 3.050(2); Fla. R. Crim. P. 3.850(f)(2). We also affirm the court's summary denial of relief as to the claims in the original motion for postconviction relief, as the trial court concluded properly that appellant failed to allege the requisite prejudice. *See generally, Robinson v. State,* 993 So. 2d 602, 603 (Fla. 4th DCA 2008).

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***